1  WILLIAM C. MCNEILL III, STATE BAR NO. 64392
2  ELIZABETH KRISTEN, STATE BAR NO. 218227
   THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA  94104
4  Telephone:   (415) 864-8848
5  Facsimile:    (415) 593-0096
   Emails: wmcneill@las-elc.org
6          ekristen@las-elc.org

7  Attorneys for Plaintiff
8  DESHAWN D. MURPHY

9

10              **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| DESHAWN D. MURPHY, an individual, | Case No. 3:16-cv-2222-SI |
| Plaintiff, | |
| v. | [P~~ROPOSED~~] ORDER GRANTING PLAINTIFF'S EX PARTE ADMINISTRATIVE MOTION TO CONTINUE SCHEDULED CASE MANAGEMENT CONFERENCE AND FILING OF CASE MANAGEMENT STATEMENT |
| TRADER JOE'S, AKA TRADER JOE'S COMPANY | |
| Defendant. | |

   Having reviewed Plaintiff's Ex Parte Administrative Motion for an Order to Continue the Initial Case Management Conference and good cause appearing, the motion is granted and the Initial Case Management Conference is rescheduled for  9/23/16  at  2:30 p.m.  _____. The Parties shall file the Joint Case Management Statement seven days prior to the date of the Case Management Conference.

{00470772.DOC 2}                                    1                           Case No. 3:16-cv-2222
       [Proposed] Order Granting Plaintiffs' Administrative Motion to Continue Case Management Conference

1  **IT IS SO ORDERED.**

2        7/21/16                          _____
3                                         Susan Illston, District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28