UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESHAWN D. MURPHY,

    Plaintiffs,

  v.

TRADER JOE'S,

    Defendants.

Case No. 16-cv-02222-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 21, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 30, 2017.

DESIGNATION OF EXPERTS: July 14, 2017; REBUTTAL: July 31, 2017;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 15, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 1, 2017;
    Opp. Due: September 15, 2017; Reply Due: September 22, 2017;
    and set for hearing no later than October 6, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 14, 2017 at 3:30 PM.

JURY TRIAL DATE: November 27, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Private mediation shall be completed by March 30, 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated:  9/27/16

_____
SUSAN ILLSTON
United States District Judge