William C. McNeill III, State Bar No. 64392
Elizabeth Kristen, State Bar No. 218227
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: wmcneill@legalaidatwork.org
ekristen@legalaidatwork.org

Attorneys for Plaintiff
DESHAWN D. MURPHY

**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
TRADER JOE'S aka TRADER JOE'S COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN D. MURPHY, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>TRADER JOE'S, AKA TRADER JOE'S COMPANY<br><br>            Defendant. | Case No. 3:16-cv-2222-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Crtrm:     1, 17th Floor<br><br>Before The Hon. Susan Illston |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

IT IS SO STIPULATED.

Dated: May 17, 2017

LEGAL AID AT WORK

WILLIAM C. MCNEILL, III
ELIZABETH KRISTEN

By: /s/ William C. McNeill, III
　　　WILLIAM C. MCNEILL, III

　　　Attorney for Plaintiff
　　　DESHAWN MURPHY

Dated: May 17, 2017

BAUTE CROCHETIERE & GILFORD LLP

MARK D. BAUTE

By: /s/ Mark D. Baute
　　　MARK D. BAUTE

　　　Attorneys for Defendant
　　　TRADER JOE'S aka TRADER JOE'S COMPANY

IT IS SO ORDERED.

Dated: May 18, 2017

　　　SUSAN ILLSTON
　　　United States District Court Judge

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated:  May 17, 2017

LEGAL AID AT WORK

By: /s/ William C. McNeill, III
　　WILLIAM C. MCNEILL, III

Attorney for Plaintiff

2　　Case No. 3:16-cv-2222
STIPULATION AND [PROPOSED]ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE